**PRISONER CASE** 



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

KC **FILED**
JAN 17 2008
Jan 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** LEROY HARDING | **Defendant(s):** OFFICER RILEY, et al. |
| **County of Residence:** LAWRENCE | **County of Residence:** |
| **Plaintiff's Address:**<br>Leroy Harding<br>B-31784<br>Lawrence - LAW<br>R.R. 2, Box 31<br>Sumner, IL  62466 | **Defendant's Attorney:**<br><br>08CV392<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE SCHENKIER |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** A. E. Woodham   **Date:** 01/17/2008