

FILED

JAN 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

_Leroy Harding_
Plaintiff

v.

_Officer Riley + Sue Lawler_
Defendant(s)

08CV392
JUDGE LEFKOW
MAGISTRATE JUDGE SCHENKIER

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, _LEROY HARDING_, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # _B31784_    Name of prison or jail: _Lawrence Prison_
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: _$15.00_

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: _May 2007_
      Monthly salary or wages: _800. a month_
      Name and address of last employer: _B+H News agency_

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                            ☐Yes  ☒No
      Amount_____  Received by_____

b.  ☐ Business, ☐ profession or ☐ other self-employment          ☐ Yes        ☒ No
Amount_____ Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends                   ☒ Yes        ☐ No
Amount __200.00 Amonth__ Received by __Lisa Belletini__

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                 ☐ Yes        ☒ No
Amount_____ Received by_____

e.  ☐ Gifts or ☐ inheritances                                    ☐ Yes        ☒ No
Amount_____ Received by_____

f.  ☐ Any other sources (state source:_____)             ☐ Yes        ☒ No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes   ☒ No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?                                           ☐ Yes        ☒ No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes   ☒ No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                 ☐ Yes        ☒ No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 1/11/08

*Leroy Harding*
Signature of Applicant

*Leroy HARDING*
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____                    _____
        DATE                             SIGNATURE OF AUTHORIZED OFFICER

                                         _____
                                         (Print name)

rev. 7/18/02

Dear your Honor                                          1/11/08

 I Have sent several Request form's Demanding my Trust fund Records AND For the Pauperis Application To Be Signed. But they refuse to send me a copy or to sign the form which I have sent to them over 3 month ago. I am writing you this letter Asking for your help in this matter. Thank you very much AND have a Nice Day!

Your Truly & Honestly

Leroy Harding

IN THE
United States District Court
for the Northern Dist of Illinois
Eastern Division

Leroy HARDING #B31784
Plaintiff,

v.

Et-AL
Defendant

Case No. _____

## PROOF/CERTIFICATE OF SERVICE

TO: United States Dist. Court
219 S. Dearborn
Chicago, Ill
60604

TO: _____

PLEASE TAKE NOTICE that on December 4th, 2007, I have placed the documents listed below in the institutional mail at Lawrence Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _____

I, Leroy HARDING, Being first duly sworn upon my oath depose and state that I have served the above Representative's with the above attached documents by placing the same in the U.S. Postal/Mail Box here at Lawrence C.C. Center on this 04 day of December, 2007. Postage Prepaid.

/s/ Leroy Harding
NAME: _____ Zp#
Lawrence Correctional Center
RR 2 Box 31
Sumner, IL. 62466

Subscribed and sworn to before me this 4th day of December, 2007.
Notary: Sharon L. McCorkle

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/14/2009