UNITED STATES DISTRICT COURT
FOR THE Northern DISTRICT OF ILLINOIS
Eastern Division

**FILED**
MAR 1 4 2008
MAR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Leroy HARDING (831784)
Plaintiff/Petitioner(s),

-vs-

Officer Riley, Et al,

Defendant/Respondent(s).

08C392

Case No. 08C392
(To be supplied by the Clerk)

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Leroy HARDING, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:    (X) Civil Rights    ( ) Habeas Corpus    ( ) Appeal

1. Are you presently employed?    Yes (X)    No ( )

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. I Am a Porter for 8 unit 7-3Pm for Lawrence Coor Center AND I make $19 Dollars a month $19 for full month!

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes ( )    No (X)
   b. Rent payments, interest or dividends?    Yes ( )    No (X)
   c. Pensions, annuities or life insurance payments?    Yes ( )    No (X)
   d. Gifts or inheritances?    Yes (X)    No ( )
   e. Any other sources?    Yes ( )    No (X)

Rev. 2/00

1

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

*I Have Recieved Gifts For BirthDay & Holidays from my mother, my Girl Friend, my Friends & my Aunt. I Have Recieved from Lisa Bellettini $565 for the Sale of 2 cars + motorcycle. AND I Have Recieved $240 from All the other friends AND mother As Gifts. for a Total of $805 Dollars in the past 8 months*

3. Do you own cash, or do you have money in a checking or savings account? Yes ( ) No (X) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes (X) No ( ) If the answer is "yes", describe the property and state its approximate value.

*I own a Van 1996 Ford Econoline 250 worth $800 Dollars*

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

*None*

## PRIOR LITIGATION

You may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 if you have "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" unless you are "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Have you ever filed any other lawsuits in any federal court during this or any other period of incarceration?
Yes ( )    No (X)

If yes, please provide the following section about your prior cases. If necessary, you may attach additional pages to this form to provide all the required information about each of your prior cases. Failure to provide complete, accurate information about all your prior litigation may result in denial of your request to proceed *in forma pauperis*.

1. Case name:_____    Case Number:_____

   Court:_____    Date filed:_____

   Claims raised:_____

   Result:_____

Rev. 2/00

- 2 -

2

2. Case name: _____   Case Number: _____

   Court: _____   Date filed: _____

   Claims raised: _____
   _____

   Result: _____

3. Case name: _____   Case Number: _____

   Court: _____   Date filed: _____

   Claims raised: _____
   _____

   Result: _____

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621. I authorize the agency having custody of my person to withdraw funds from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

3/7/08
Date

_Leroy Harding_
Signature of Plaintiff/Petitioner

Rev. 2/00

## CERTIFICATE

THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER

Name of Plaintiff/Petitioner: __LEROY HARDING__

Institution where confined: __Lawrence Corrections__

Register number: __B31784__

THIS SECTION IS FOR COMPLETION BY AN **AUTHORIZED OFFICER**
OF THE ABOVE-NAMED INSTITUTION ONLY

Instructions: The plaintiff/petitioner may **not** write below this line. Please complete the following certificate for the plaintiff/petitioner named and described above.

## PURSUANT TO 28 U.S.C. § 1915(a)(2), PLEASE ATTACH A CERTIFIED PRINT-OUT OF ALL TRANSACTIONS FOR THIS PERSON'S ACCOUNT FOR THE PAST SIX MONTHS.

I hereby certify that __Leroy Harding__ currently has the sum
(Name of plaintiff/petitioner)

$ __27.69__ on account to his credit at __Lawrence Correctional Center__
(Institution where confined)

DATED: __3-7-08__

__[signature]__
Signature of Authorized Officer of the above Institution

Rev. 2/00

- 4 -

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 3/7/2008 | | | Lawrence Correctional Center | | | Page 1 |
| Time: | 8:50am | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 09/07/2007 thru End;   Inmate: B31784;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** B31784 Harding, Leroy          **Housing Unit:** LAW-R8-CL-21

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 162.11 |
| 09/08/07 | Mail Room | 10 Western Union | 251200 | 8789041863 | ROWE, LAURA | 100.00 | 262.11 |
| 09/12/07 | Point of Sale | 60 Commissary | 255714 | 211422 | Commissary | -259.49 | 2.62 |
| 09/14/07 | Disbursements | 90 Medical Co-Pay | 257334 | Chk #19306 | 057007, DOC: 523 Fund Inmate R, Inv. Date: 08/29/2007 | -2.00 | .62 |
| 09/17/07 | Payroll | 20 Payroll Adjustment | 260134 | | P/R month of 08/2007 | 3.40 | 4.02 |
| 09/26/07 | Mail Room | 01 MO/Checks (Not Held) | 269258 | 511287 | Patricia, Burger | 25.00 | 29.02 |
| 09/27/07 | Point of Sale | 60 Commissary | 270714 | 212991 | Commissary | -3.47 | 25.55 |
| 09/29/07 | Mail Room | 10 Western Union | 272200 | 7992271648 | BELLETTINI, LISA | 100.00 | 125.55 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 284134 | | P/R month of 09/2007 | 10.00 | 135.55 |
| 10/12/07 | Point of Sale | 60 Commissary | 285714 | 214315 | Commissary | -78.17 | 57.38 |
| 10/12/07 | Point of Sale | 60 Commissary | 285714 | 214316 | Commissary | -18.85 | 38.53 |
| 10/16/07 | Disbursements | 90 Medical Co-Pay | 289334 | Chk #19609 | 057368, DOC: 523 Fund Inmate R, Inv. Date: 09/26/2007 | -2.00 | 36.53 |
| 10/17/07 | Mail Room | 10 Western Union | 290200 | 5702439892 | BELLETTINI, LISA | 50.00 | 86.53 |
| 10/25/07 | Point of Sale | 60 Commissary | 298728 | 215841 | Commissary | -56.59 | 29.94 |
| 10/27/07 | Mail Room | 10 Western Union | 300200 | 5489061948 | BELLETTINI, LISA | 100.00 | 129.94 |
| 11/07/07 | Point of Sale | 60 Commissary | 311714 | 217129 | Commissary | -88.75 | 41.19 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313134 | | P/R month of 10/2007 | 19.20 | 60.39 |
| 11/16/07 | Disbursements | 80 Postage | 320334 | Chk #19841 | 057620, DOC: 523 Fund Inmate R, Inv. Date: 10/19/2007 | -.41 | 59.98 |
| 11/16/07 | Disbursements | 84 Library | 320334 | Chk #19842 | 057731, DOC: 523 Fund Library, Inv. Date: 10/26/2007 | -.10 | 59.88 |
| 11/16/07 | Disbursements | 84 Library | 320334 | Chk #19842 | 057775, DOC: 523 Fund Library, Inv. Date: 11/06/2007 | -.20 | 59.68 |
| 11/21/07 | Point of Sale | 60 Commissary | 325728 | 218874 | Commissary | -28.57 | 31.11 |
| 12/05/07 | Point of Sale | 60 Commissary | 339728 | 220119 | Commissary | -28.31 | 2.80 |
| 12/10/07 | Payroll | 20 Payroll Adjustment | 344134 | | P/R month of 11/2007 | 18.38 | 21.18 |
| 12/14/07 | Disbursements | 90 Medical Co-Pay | 348334 | Chk #20052 | 058034, DOC: 523 Fund Inmate R, Inv. Date: 12/04/2007 | -2.00 | 19.18 |
| 12/14/07 | AP Correction | 90 Medical Co-Pay | 348534 | Chk #20052 Voided | 058034 - DOC: 523 Fund Inmate | 2.00 | 21.18 |
| 12/14/07 | Disbursements | 90 Medical Co-Pay | 348334 | Chk #20053 | 058034, DOC: 523 Fund Inmate R, Inv. Date: 12/04/2007 | -2.00 | 19.18 |
| 12/14/07 | Disbursements | 84 Library | 348334 | Chk #20054 | 057924, DOC: 523 Fund Library, Inv. Date: 11/26/2007 | -.60 | 18.58 |
| 12/15/07 | Mail Room | 10 Western Union | 349200 | 4436334341 | BELLETTINI, LISA | 100.00 | 118.58 |
| 12/19/07 | Mail Room | 10 Western Union | 353200 | 9486886936 | TOKAR, MARGARET | 45.00 | 163.58 |
| 12/19/07 | Point of Sale | 60 Commissary | 353731 | 221870 | Commissary | -98.99 | 64.59 |
| 12/20/07 | Mail Room | 01 MO/Checks (Not Held) | 354258 | 022888 | Burger, Patricia | 50.00 | 114.59 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011134 | | P/R month of 12/2007 | 19.20 | 133.79 |
| 01/16/08 | Disbursements | 81 Legal Postage | 016334 | Chk #20272 | 058514, DOC: 523 Fund Inmate R, Inv. Date: 01/14/2008 | -1.31 | 132.48 |
| 01/16/08 | Disbursements | 81 Legal Postage | 016334 | Chk #20272 | 058514, DOC: 523 Fund Inmate R, Inv. Date: 01/14/2008 | -1.14 | 131.34 |
| 01/16/08 | Disbursements | 81 Legal Postage | 016334 | Chk #20272 | 058251, DOC: 523 Fund Inmate R, Inv. Date: 12/19/2007 | -1.14 | 130.20 |
| 01/16/08 | Disbursements | 84 Library | 016334 | Chk #20273 | 058275, DOC: 523 Fund Library, Inv. Date: 12/20/2007 | -.90 | 129.30 |
| 01/24/08 | Point of Sale | 60 Commissary | 024731 | 223948 | Commissary | -70.15 | 59.15 |
| 02/07/08 | Point of Sale | 60 Commissary | 038714 | 225406 | Commissary | -32.38 | 26.77 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 046134 | | P/R month of 01/2008 | 14.74 | 41.51 |
| 02/15/08 | Disbursements | 90 Medical Co-Pay | 046334 | Chk #20504 | 058621, DOC: 523 Fund Inmate R, Inv. Date: 01/23/2008 | -2.00 | 39.51 |
| 02/15/08 | Disbursements | 90 Medical Co-Pay | 046334 | Chk #20504 | 504772, DOC: 523 Fund Inmate R, Inv. Date: 02/01/2008 | -2.00 | 37.51 |

Date: 3/7/2008    Case 1:08-cv-00392 Lawrence Correctional Center Filed 03/14/2008    Page 6 of 7    Page 2
Time: 8:50am    Trust Fund
d_list_inmate_trans_statement_composite    Inmate Transaction Statement

REPORT CRITERIA - Date: 09/07/2007 thru End;    Inmate: B31784;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B31784 Harding, Leroy**      **Housing Unit: LAW-R8-CL-21**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/15/08 | Disbursements | 84 Library | 046334 | Chk #20505 | 058626, DOC: 523 Fund Library, Inv. Date: 01/23/2008 | -.10 | 37.41 |
| 02/15/08 | Disbursements | 84 Library | 046334 | Chk #20505 | 058628, DOC: 523 Fund Library, Inv. Date: 01/23/2008 | -.15 | 37.26 |
| 02/22/08 | Point of Sale | 60 Commissary | 053731 | 226996 | Commissary | -29.57 | 7.69 |
| 02/29/08 | Mail Room | 01 MO/Checks (Not Held) | 060219 | 11668501282 | Henson, Eleanor T. | 20.00 | 27.69 |

| | |
|---|---|
| Total Inmate Funds: | 27.69 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 27.69 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

IN THE
<u>United States District Court</u>
<u>Northern District of Illinois</u>
Eastern Division

<u>LEROY HARDING (B31784)</u>
Plaintiff,

v.

<u>Officer Riley, et al,</u>
Defendant

Case No. <u>08C0392</u>

PROOF/CERTIFICATE OF SERVICE

TO: <u>Judge Joan H. Lefkow</u>

<u>Prisoner Correspondence</u>
<u>Clerk's office U.S. District court</u>
<u>219 So Dearborn St</u>
<u>Chi, Ill 60604</u>

TO: <u>magistrate Judge Schenkier</u>

PLEASE TAKE NOTICE that on <u>March 7th</u>, 20<u>08</u>, I have placed the documents listed below in the institutional mail at <u>Lawrence</u> Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: <u>Trust Fund + inmate Transaction Statement for the Last 6 month and a forma Pauperis w/ Verification by a worker of The Trust Fund At Lawrence Prison!</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: <u>3/7/08</u>

/s/ <u>Leroy Harding</u>
NAME: <u>LEROY HARDING ID# B31784</u>
Lawrence Correctional Center
RR 2 Box 31
Sumner, IL. 62466

Revised Jan 2002